UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-105-WFN-2 |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION TO RECONSIDER |
| v. | ) | |
| | ) | |
| SHAUN AUGUST SCHRADER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on Defendant's alleged conduct during previous arrests, as set forth in the Pretrial Services report, the court needs an assessment to review before determining whether there is a combination fo conditions to reasonably assure Defendant will abide by conditions of release set by the court.

**IT IS SO ORDERED.**

DATED October 9, 2012.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER - 1