I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-105-WFN-2 |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | UNOPPOSED MOTIONS |
| v. ) | |
| ) | |
| SHAUN AUGUST SCHRADER, ) | |
| ) | |
| Defendant. ) | |

Before the court is Defendant's Unopposed Motion to Modify Conditions. ECF No. 51.  For good cause,

**IT IS ORDERED** Defendant's Unopposed Motion to Modify, **ECF No. 51** is **GRANTED**.  Defendant will be released on Monday, October 22, 2012, on the conditions set by Order filed October 12, 2012.  ECF No. 50.  The pre-condition of posting bond has been met.

DATED October 19, 2012.


                        S/ CYNTHIA IMBROGNO
                   UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING UNOPPOSED MOTION - 1