```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR-12-105-WFN-2 |
|                                   ) | |
|         Plaintiff,                ) | ORDER GRANTING UNOPPOSED |
|                                   ) | MOTION TO MODIFY CONDITIONS |
| v.                                ) | |
|                                   ) | ☑ Motion Granted |
| SHAUN AUGUST SCHRADER,            ) | **(ECF No. 78)** |
|                                   ) | |
|         Defendant.                ) | |

Before the court is Defendant's Motion to Modify Conditions. ECF No. 78. There has been no response to the Motion. The court has reviewed the submitted material and relevant authority, and is fully informed. Accordingly,

**IT IS ORDERED** Defendant's Motion to Modify Conditions, ECF No. 78, is **GRANTED**. Specifically, Defendant shall not access the internet to visit either painmanagementspokane.com or any other medical marijuana website, but may otherwise use the internet for lawful purposes.

DATED December 20, 2012.


                            S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO MODIFY CONDITIONS - 1